■ In the Matter of MARIA KARVELIS, Appellant, v COUNTY OF NASSAU, Respondent.—Order of the Supreme Court, Nassau County, dated July 11, 1979 affirmed, without costs or disbursements (see *Goldman v County of Rockland,* 74 AD2d 596). Mangano, J. P., Gibbons, Rabin and Gulotta, JJ., concur.

■ In the Matter of MANUEL MONTEMUNIO, Appellant, v DANIEL W. JOY, as Commissioner of Rent & Housing Maintenance, Respondent.—Appeal from a judgment of the Supreme Court, Kings County, entered August 13, 1979, dismissed as academic. Said judgment was superseded by an order of the same court entered February 26, 1980 upon reargument. Order entered February 26, 1980 affirmed insofar as appealed from. No opinion. The respondent is awarded one bill of $50 costs and disbursements. Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.